UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWIN LIRANZO GALAN; ROLAND BROCCKO; MINERVA RUIZ; and REBECCA SINGH<br><br>Plaintiffs,<br><br>vs.<br><br>OLIVET UNIVERSITY, a California corporation; MATTHIAS GEBHARDT, an individual; DAVID JANG, an individual; JASMINE PARK, an individual; ANDREW LIN, an individual; RACHEL CHEUNG, an individual; NATHANAEL TRAN, an individual; STEPHANIE CHOI (GEBHARDT), an individual; and DOES 1 to 100<br><br>Defendants. | CASE NO. 5:24-cv-00495 KK (DTBx)<br>*Assigned for All Purposes to:*<br>*District Judge, Kenly Kiya Kato, Courtroom 3*<br>*Magistrate Judge, David T. Bristow*<br><br>**[PROPOSED] ORDER RE: STAY OF CIVIL CASE PENDING RESOLUTION OF THE CRIMINAL CASE** |

///

1

Based on the stipulation of the Parties and for good cause shown, the Court hereby ORDERS that:

    1.    The civil case is stayed pending resolution of the criminal case;

    2.    The Court sets a Status Conference Re: Criminal Case for October 4, 2024 at _____ in Courtroom 3.

**IT IS SO ORDERED.**

DATED:_____

                                        HONORABLE KENLY KIYA KATO
                                        DISTRICT COURT JUDGE

[PROPOSED] **ORDER RE: STAY OF CIVIL CASE PENDING RESOLUTION OF THE CRIMINAL CASE**